UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN GARRETT SMITH, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al., <br><br> Defendants. | C21-5271 TSZ-JRC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the unopposed Report and Recommendation ("R&R") of Chief Magistrate Judge J. Richard Creatura, docket no. 6, and the remaining record, the Court ADOPTS the R&R;

(2) Plaintiff John Garrett Smith's motion to proceed in forma pauperis, docket no. 4, is DENIED. Plaintiff is ORDERED to pay the $402 filing fee pursuant to 28 U.S.C. § 1914(a) and Local Civil Rule 3(b) within thirty (30) days of the date of this Order if he wishes to proceed with this lawsuit. If plaintiff does not pay the filing fee, this case will be dismissed without prejudice; and

(3) The Clerk is directed to send a copy of this Minute Order to pro se plaintiff, all counsel of record, and the Honorable J. Richard Creatura.

Dated this 23rd day of June, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1